IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09-cv-00361-MR

| | |
|---|---|
| **MELISSA ANN SLUDER KING,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **CAROLYN W. COLVIN, Acting** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Reopen Case [Doc. 32].

The Plaintiff moves the Court to reopen this civil action for the purpose of affirming the decision of the Commissioner subsequent to this Court's remand pursuant to Sentence Six of 42 U.S.C. § 405(g) and entering a final judgment. The Commissioner does not oppose the Plaintiff's motion.

For the reasons set forth in the Plaintiff's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Reopen [Doc. 32] is **GRANTED**; the decision of the Commissioner subsequent to

this Court's remand is **AFFIRMED**; and this matter is hereby **DISMISSED WITH PREJUDICE**.

The Clerk of Court is respectfully directed to enter a Judgment consistent with this Order, thereby closing this case.

**IT IS SO ORDERED.** Signed: February 24, 2014

Martin Reidinger
United States District Judge