# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Melissa Ann Sluder King, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:09-cv-00361-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, Acting | ) | |
| Commissioner of Social Security | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 24, 2014 Order.

February 24, 2014

Frank G. Johns, Clerk
United States District Court